THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>   v.<br><br>PERVEZ MOHAMMAD ALI,<br><br>                Defendant. | CASE NO. CR03-484 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

THE COURT has considered the defendant's motion for a continuance of the trial and the pretrial motions dates, and the government's response.  The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the date of the defendant's motion to continue trial, August 11, 2016, until the new trial date of March 6, 2017, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

//

//

MINUTE ORDER, CR03-484 JCC
PAGE - 1

IT IS THEREFORE ORDERED that the trial date in this matter is continued to March 6, 2017, and that pretrial motions shall be filed no later than January 30, 2017.

DATED this 30th day of August 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
